UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:11CR413 JCH (DDN) |
| ) | |
| JAMES W. HENDRIX, ) | |
| ) | |
| Defendant(s). ) | |

# ORDER

This matter is before the Court on Defendant's motions to suppress evidence. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge David , who filed a Report and Recommendation on March 30, 2012. (ECF No. 26). Defendant James Hendrix submitted his objections thereto on April 16, 2012. (ECF No. 28).

In his Report and Recommendation, Magistrate Judge Noce recommends that Defendant's motions be denied. After de novo review of the entire record in this matter, this Court adopts the Magistrate Judge's recommendation that Defendant's motions be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 26) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's oral motion to suppress and Motion to Suppress Physical Evidence (ECF Nos. 15, 21) are **DENIED**.

**IT IS FURTHER ORDERED** that this matter will be set for a **JURY** trial on **Monday, June 11, 2012**, at **9:00 a.m.** in the courtroom of the undersigned.

Dated this  17th  day of April, 2012.

                                                   /s/Jean C. Hamilton  
                                                   UNITED STATES DISTRICT JUDGE